# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Christie Louise Whittaker</u>  Case Number: <u>2:11-00002-27</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>August 6, 2012</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, Hydrocodone, and Alprazolam</u>

Original Sentence: <u>12 months' probation</u>

Type of Supervision: <u>Probation</u>  Date Supervision Commenced: <u>August 6, 2012</u>

Assistant U.S. Attorney: <u>Alex Little</u>  Defense Attorney: <u>James Bryan, Jr.</u>

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this 21st day of Aug, 2012, and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Amanda M. Russell
U.S. Probation Officer

Place  Cookeville

Date  August 17, 2012

# ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.** |

On August 6, 2012, the day of her sentencing, Ms. Whittaker tested positive for Oxycodone. Ms. Whittaker admitted to "snorting" two Oxycodone 30mg pills, given to her by a friend, three days prior. Ms. Whittaker reported she thought she was going to prison and had lost all hope. When she was sentenced to probation, she was distraught and reported she would never have used if she knew she was going to get probation. Ms. Whittaker admitted she has a problem with prescription pills and would be willing to participate in treatment. The probation officer reprimanded her actions, warned her of the possible medical risk she was taking, and instructed her to only take her own legally prescribed medications.

**Compliance with Supervision Conditions and Prior Interventions:**

Christie Louise Whittaker is employed and lives with her mother and children in Crossville, Tennessee. Ms. Whittaker was sentenced to probation on August 6, 2012, and she is due to expire on August 5, 2013.

Ms. Whittaker is currently enrolled in outpatient substance abuse treatment at Cumberland Mountain Mental Health in Crossville, Tennessee. In 2004, she participated in intensive outpatient counseling for six weeks at Bradford Health Services in Crossville, Tennessee, and successfully completed the program on January 3, 2005. Additionally, Ms. Whittaker entered and successfully completed the 28-day inpatient substance abuse program at New Life Lodge in Burns, Tennessee, from January 20, 2010 to February 23, 2010.

Ms. Whittaker has been given a verbal reprimand and instructed as to all conditions of supervision, specifically to not take medications that don't belong to her or abuse her own prescribed medications. Ms. Whittaker understands that illegal possession of a drug is grounds for a mandatory revocation and any future illegal drug use may result in a request for a hearing before the Court and possible recommendation for revocation.

**U.S. Probation Officer Recommendation:**

The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Ms. Whittaker continue to participate in the outpatient substance abuse treatment program at Cumberland Mountain Mental Health and remain on probation with continued monitoring by the probation officer. Any additional violations will be promptly reported to the Court.

Assistant U.S. Attorney Alex Little has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer